UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Susan W. Parkin, a married woman; and a class of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> Target Commercial Interiors, Inc., a Minnesota corporation, <br><br> Defendant. | No. 2:14-CV-01659-SRB <br><br> **ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

On the stipulation of the parties, and good cause appearing therefor,

The Court finds that the parties' Confidential Settlement Agreement and Release of Claims (the "Settlement"), which is Exhibit A to the Declaration of Jeffrey D. Wohl in Support of Stipulation to Dismiss Action with Prejudice (filed under seal) is fair and reasonable. Accordingly,

IT IS ORDERED that the Settlement is APPROVED as fair and reasonable.

/ / /

/ / /

1    IT IS FURTHER ORDERED that this Action be, and hereby is, DISMISSED
2 WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

4    Dated this 22nd day of January, 2015.

_____
Susan R. Bolton
United States District Judge